HOY v. HOY et al. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by James E. Hoy against Thomas F. Hoy, individually, and others.

PER CURIAM. So much of the order as is appealed from is reversed, with $10 costs and disbursements, upon the authority of Roake v. Palmer, 119 App. Div. 64, 103 N. Y. Supp. 862, and Johnson v. Ravitch, 113 App. Div. 810, 99 N. Y. Supp. 1059, and the proceedings are remitted to the Special Term, to take proof of the fair and reasonable value of the services of the respondent, Michael J. Walsh, to date, for which sum he shall have a lien upon the inter-

est of the appellants herein in the property which is the subject of this action, or in the proceeds of the sale thereof.